AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▼

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:25-cv-00708-LKG |
| AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    American Society of Health-System Pharmacists, Inc
4500 East West Highway, Suite 900
Bethesda, Maryland 20814

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                *Server's signature*

                                                          _____
                                                                *Printed name and title*


                                                          _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

# Rider A

## **Defendant**

    American Society of Health-System Pharmacists, Inc

    4500 East West Highway, Suite 900

    Bethesda, Maryland 20814

    Montgomery County,

**Serve on:**

    Registered Agent

    The Corporation Trust, Inc.

    2405 York Road, Suite 201

    Lutherville Timonium

    Maryland 21093

    Baltimore County

## **Counsel for Plaintiffs**

Carmen Medici

Joe Pettigrew (MD Bar No. 1812120130)

SCOTT+SCOTT ATTORNEYS AT LAW LLP

600 W. Broadway, Suite 3300

San Diego, CA 92101

Telephone: (619) 233-4565

Facsimile: (619) 233-4565

cmedici@scott-scott.com

jpettigrew@scott-scott.com

Matthew J. Perez

SCOTT+SCOTT ATTORNEYS AT LAW LLP

The Helmsley Building

230 Park Avenue, 24th Floor

Telephone: (212) 223-6444

Facsimile: (212) 223-6334

matt.perez@scott-scott.com

Patrick McGahan

SCOTT+SCOTT ATTORNEYS AT LAW LLP

156 South Main Street

P.O. Box 192

Colchester, CT 06145

Telephone: (860) 537-5537

Facsimile: (860) 537-4432

pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 8:25-cv-00708-LKG |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    National Matching Services Inc
                                      20 Holly Street, #301
                                      Toronto, Ontario, Canada M4S 3B1

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
                                              SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                              600 W. Broadway, Suite 3300
                                              San Diego, CA 92101

                                              See Rider A for Additional Counsel

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# Rider A

## Defendant

National Matching Services Inc
20 Holly Street, #301
Toronto, Ontario, Canada M4S 3B1

## Counsel for Plaintiffs

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland  [▼]

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Allegheny Health Network d/b/a Allegheny General Hospital
120 Fifth Ave
Suite 2900
Pittsburgh, Pennsylvania 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# Rider A

## **Defendant**

   Allegheny Health Network d/b/a Allegheny General Hospital
   120 Fifth Ave
   Suite 2900
   Pittsburgh, Pennsylvania 15222


## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland  ▼

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 8:25-cv-00708-LKG |
| AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ascension Health Alliance
4600 Edmundson Rd
St. Louis, MO 63134

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Rider A

## **Defendant**

      Ascension Health Alliance

      4600 Edmundson Rd
      St. Louis, MO 63134

**Serve on:**

      Registered Agent:
      CSC-Lawyers Incorporating Service Company
      221 Bolivar St.
      Jefferson City, MO 65101

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland  [▼]

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 8:25-cv-00708-LKG |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Kaiser Permanente
      1 Kaiser Plaza
      Oakland, CA 94612

      See Rider A


      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Joe Pettigrew (MD Bar No. 1812120130)
      SCOTT+SCOTT ATTORNEYS AT LAW LLP
      600 W. Broadway, Suite 3300
      San Diego, CA 92101

      See Rider A for Additional Counsel


      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                        *CLERK OF COURT*


Date: _____    _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                        *Server's signature*

                                                 _____
                                                        *Printed name and title*


                                                 _____
                                                        *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

# Rider A

## **Defendants**

> Kaiser Permanente
> 1 Kaiser Plaza
> Oakland, CA 94612

**Serve on:**

> Becky DeGeorge
> 2710 Gateway Oaks Drive
> Sacramento, CA 95833

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ☑

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Leesburg Regional Medical Center, Inc. d/b/a UF Health Central Florida
600 E. Dixie Avenue
Leesburg, Florida 34748

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...        Reset

# Rider A

## **Defendant**

Leesburg Regional Medical Center, Inc. d/b/a UF Health Central Florida
600 E. Dixie Avenue
Leesburg, Florida 34748

**Serve on:**

Registered Agent
Philip J. Braun
715 West Oak Terrace Drive
Leesburg, Florida 34748

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ⏷

|  |  |
|---|---|
| JUNE KIM | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Northwestern Memorial Hospital
251 East Huron Street
Chicago, Illinois 60611

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**    **Save As...**    **Reset**

# Rider A

## **Defendant**

Northwestern Memorial Hospital
251 East Huron Street
Chicago, Illinois 60611

**Serve on:**

Registered Agent
Julia K. Lynch
211 E. Ontario Street, Suite 1800
Chicago, IL 60611

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. et. al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Regents of the University of California
1111 Franklin St., 12th floor
Oakland, CA 94607

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                            *Server's signature*

                                  _____
                                            *Printed name and title*


                                  _____
                                            *Server's address*

Additional information regarding attempted service, etc:



Print        Save As...                    Reset

# Rider A

## **Defendant**

    Regents of the University of California
    1111 Franklin St., 12th floor
    Oakland, CA 94607

**Serve on:**
    Registered Agent:
    Individual Service may be made at the University
    1111 Franklin Street 8th Floor

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Rush University Medical Center
        1653 West Congress Parkway
        Chicago, Illinois 60612

        See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Pettigrew (MD Bar No. 1812120130)
                                SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                600 W. Broadway, Suite 3300
                                San Diego, CA 92101

                                See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                               _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print    Save As...    Reset

# Rider A

## **Defendant**

Rush University Medical Center
1653 West Congress Parkway
Chicago, Illinois 60612

**Serve on:**

Registered Agent
Carl Bergetz
1700 W. Van Buren Street
Suite 301
Chicago, Illinois 60612

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

|  |  |
|---|---|
| JUNE KIM | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Cleveland Clinic Foundation
9500 Euclid Ave
Cleveland, OH 44195

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                         *Server's signature*

                                       _____
                                         *Printed name and title*


                                       _____
                                         *Server's address*

Additional information regarding attempted service, etc:



Print     Save As...                    Reset

# Rider A

## **Defendant**

The Cleveland Clinic Foundation
9500 Euclid Ave
Cleveland, OH 44195

**Serve on:**

Registered Agent:
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 8:25-cv-00708-LKG |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Johns Hopkins Hospital
1800 Orleans Street
Baltimore, Maryland 21202

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print      Save As...      Reset

# Rider A

## __Defendant__

The Johns Hopkins Hospital
1800 Orleans Street
Baltimore, Maryland 21202

### __Serve on:__

CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202

## __Counsel for Plaintiffs__

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland  ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Methodist Hospital d/b/a Houston Methodist Hospital
6565 Fannin Street
Houston, Texas 77030

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                         *Server's signature*

                                       _____
                                         *Printed name and title*

                                       _____
                                         *Server's address*

Additional information regarding attempted service, etc:

**Print**        **Save As...**                                **Reset**

# Rider A

## <u>Defendant</u>

> The Methodist Hospital d/b/a Houston Methodist Hospital
> 6565 Fannin Street
> Houston, Texas 77030

### <u>Serve on:</u>

> Registered Agent
> C T Corporation System
> 1999 Bryan Street, Suite 900
> Dallas, Texas 75201

## <u>Counsel for Plaintiffs</u>

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 8:25-cv-00708-LKG |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Nemours Foundation
10140 Centurion Parkway North
Jacksonville, FL 32256

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# Rider A

## **Defendant**

> The Nemours Foundation
> 10140 Centurion Parkway North
> Jacksonville, FL 32256

**Serve on:**

> CT Corporation System
> 1200 S Pine Island Rd
> Planation, FL 33324

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland  ▼

| | |
|---|---|
| JUNE KIM<br><br>_____<br>*Plaintiff(s)*<br>v.<br>AMERICAN SOCIETY OF HEALTH-SYSTEM<br>PHARMACISTS, INC. et. al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:25-cv-00708-LKG<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The New York And Presbyterian Hospital d/b/a New York Presbyterian Hospital
525 East 68th Street
New York, New York 10021

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Rider A

## Defendant

The New York And Presbyterian Hospital d/b/a New York Presbyterian Hospital
525 East 68th Street
New York, New York 10021

## Serve on:

New York Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, New York 12231

## Counsel for Plaintiffs

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▼

|  |  |  |
|---|---|---|
| JUNE KIM | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 8:25-cv-00708-LKG |
| v. | ) | |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) | |
| PHARMACISTS, INC. et. al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Queen's Health Systems
1301 Punchbowl Street
Honolulu, Hawaii 96813

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                           *Server's signature*

                                _____
                                           *Printed name and title*


                                _____
                                           *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# Rider A

## <u>Defendant</u>

> The Queen's Health Systems
> 1301 Punchbowl Street
> Honolulu, Hawaii 96813

**<u>Serve on:</u>**
> Registered Agent
> John S. Nitao
> 1301 Punchbowl Street
> Honolulu, Hawaii 96813

## <u>Counsel for Plaintiffs</u>

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland  [▼]

|  |  |
|---|---|
| JUNE KIM | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The University of Chicago Medical Center
5841 South Maryland Avenue
Chicago Illinois, 60637

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

# Rider A

## <u>Defendant</u>

       The University of Chicago Medical Center
       5841 South Maryland Avenue
       Chicago Illinois, 60637

<u>Serve on:</u>
       Registered Agent
       Rachel Spitz
       5841 South Maryland
       Chicago, Illinois 60637

## <u>Counsel for Plaintiffs</u>

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Trustees of the University of Pennsylvania
3451 Walnut Street
Room 310
Philadelphia, Pennsylvania 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

# Rider A

## **Defendant**

Trustees of the University of Pennsylvania
3451 Walnut Street
Room 310
Philadelphia, Pennsylvania 19104

## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland  ▾

| | |
|---|---|
| JUNE KIM | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERICAN SOCIETY OF HEALTH-SYSTEM | ) |
| PHARMACISTS, INC. et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:25-cv-00708-LKG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    UPMC Presbyterian Shadyside
200 Lothrop Street
Pittsburgh, Pennsylvania 15312

See Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

See Rider A for Additional Counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00708-LKG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                              _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

# Rider A

## **Defendant**

UPMC Presbyterian Shadyside
200 Lothrop Street
Pittsburgh, Pennsylvania 15312

**Serve on:**

J. Matthew Gilmore
21 Prospect Sq.
Cumberland, MD 21502


## **Counsel for Plaintiffs**

Carmen Medici
Joe Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com

Matthew J. Perez
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com