UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JUNE KIM, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYTEM PHARMACISTS, INC., et al.,<br><br>Defendants. | Civil Action No. 8:25-cv-00708-LKG |

**NOTICE OF INTENT TO FILE MOTION TO CONSOLIDATE
AND APPOINT INTERIM CLASS COUNSEL**

    **A.**  **Notice of Motion**

        On March 4, 2025, Plaintiff June Kim filed a class action, *Kim v. American Society of Health-System Pharmacists, Inc., et. al*, No. 8:25-cv-00708-LKG, in the United States District Court for the District of Maryland (the "*Kim* Action"). The *Kim* Action followed *Albert v. American Society of Health-System Pharmacists, Inc., et. al*, No. 8:25-cv-00673-LKG (the "*Albert* Action"), which was filed on February 28, 2025. Both the *Kim* and *Albert* Actions are assigned to this Court, and both allege that Defendants have limited competition among themselves in the recruitment, hiring, employment, and compensation of pharmacy residents, thereby suppressing pharmacy residents' wages and employment benefits. The plaintiffs in both Actions assert claims under the Sherman Antitrust Act, 15 U.S.C. §1.

        Pursuant to the Court's Case Management Order (ECF No. 11), Plaintiff Kim (1) provides the Court notice of her intent to file a joint motion with the *Albert* Plaintiffs to consolidate the *Kim* and *Albert* Actions pursuant to Federal Rule of Civil Procedure 42(a) and to appoint Scott+Scott Attorneys At Law LLP and Hedin LLP as interim class counsel for the proposed class of resident pharmacists pursuant to Federal Rule of Civil Procedure 23(g), and (2) requests the Court set a Pre-Motion Conference. To avoid unnecessary repetition, Plaintiff Kim adopts the arguments and description in *Albert* Plaintiffs' notice regarding this forthcoming motion for consolidation and appointment of interim class counsel and the bases for that motion. *See Albert* Action, ECF No. 11. Plaintiff Kim is available to provide additional detail regarding that forthcoming motion should the Court require it.

### B. Service and Meet and Confer Between the Parties

At time of filing this Notice, no Defendant has made an appearance. Plaintiff Kim has served, or is in the process of obtaining executed waivers of service from, all Defendants and will file the certificates of service and executed waivers of service upon their completion.

Plaintiff's counsel has also conferred with counsel for Defendants American Society of Health-System Pharmacists, Inc. ("ASHP"), Johns Hopkins Hospital, Allegheny General Hospital, Queens Health System, the Regents of the University of California ("Regents"), and The Nemours Foundation regarding the forthcoming motion. Allegheny General Hospital, Queens Health System, and the Regents have stated that they do not oppose on the forthcoming motion, while ASHP, Johns Hopkins Hospital, and The Nemours Foundation have stated that they take no position.

### C. Conclusion

Consolidation and appointment of lead counsel will promote judicial efficiency and the speedy resolution of the claims asserted in the Actions. It will also protect the interests of Plaintiff and class members. Accordingly, Plaintiff Kim respectfully requests the Court to set a Pre-Motion conference at its earliest convenience.

Dated: March 21, 2025          Respectfully submitted,

/s/ *Matthew J. Perez*
Matthew J. Perez (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 233-6444
Facsimile:  (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

Joseph Pettigrew (MD Bar No. 1812120130)
SCOTT+SCOTT ATTORNEYS AT LAW LLP

        600 W. Broadway, Suite 3300
        San Diego, CA 92101
        Telephone: (619) 233-4565
        Facsimile: (619) 233-4565
        jpettigrew@scott-scott.com

*Counsel for Plaintiff Kim and the Proposed Class*